IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

PAULIASI FINAU
A # 089-490-152 PETITIONER

VS. CIVIL ACTION NO. 5:26-CV-407-DCB-BWR

WARDEN, ET AL. RESPONDENTS

ORDER OF DISMISSAL

This matter is before the Court sua sponte for dismissal of Pauliasi Finau's petition for habeas corpus relief filed pursuant to 28 U.S.C. § 2241. Petitioner has failed to respond to multiple Court orders directing him to sign his Petition. See Orders [ECF Nos. 5, 7, 9, 12, 14]. Furthermore, Finau has failed to respond to two separate Orders to Show Cause entered by the Court, see [ECF Nos. 9, 12], despite the Court's grant of a request for additional time to comply. See Order [ECF No. 14].

Accordingly, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the Court finds that this matter should be dismissed without prejudice based on Petitioner's failure to prosecute. See Link v. Wabash R. Co., 370 U.S. 626, 630-631 (1962) (finding that the court's inherent power to dismiss a case sua sponte for lack of prosecution emanates from "the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."); see also McCullough v. Lynaugh, 835 F.2d 1126 (5th Cir. 1988).

ACCORDINGLY, IT IS, THEREFORE, ORDERED that this case is hereby dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 24th day of September, 2026.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE